IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LINDA J. ARMSTRONG                                                            PLAINTIFF

    v.                                  CIVIL NO. 10-3005

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                DEFENDANT

## ORDER

On July 8, 2010, Defendant filed a motion for extension of time to file his brief. (Doc. 8). Defendant states Plaintiff's counsel does not object to this motion.

The undersigned finds that just cause exists to grant Defendant an extension of time to file his brief. Defendant's brief will now be **due on August 11, 2010**. **No further extensions of time will be granted**.

IT IS SO ORDERED this 9th day of July 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**